UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:

SCOTT HOLLE,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, SCOTT HOLLE, by and through his undersigned attorney, and sues the Defendant, UNITED STATES OF AMERICA ("USA") based upon the following allegations:

### JURISDICTION

1. This is an action arising out of the Federal Tort Claims Act, Sections 2671 through 2680 of Title 28 of the United States Code. This Court is vested with jurisdiction pursuant to §1346(b) and §1402(b) of Title 28 of the United States Code.

2. This is an action for damages which exceed the sum of Seventy-five Thousand Dollars ($75,000.00).

### FACTUAL ALLEGATIONS

3. On February 18, 2016, Plaintiff, SCOTT HOLLE, submitted a Claim for Damage, Injury or Death for $5,010,000.00 to the United States Postal Service, a copy of which is attached hereto and made a part hereof as Exhibit "A".

1

4. On February 27, 2016, Plaintiff's attorney was sent a letter from the United States Postal Service, Tort Claims Investigations, acknowledging receipt of Plaintiff's Claim for Damage, Injury or Death against the United States Postal Service of the USA in the amount of $5,010,000.00.

5. The mandatory six (6) month time allotted for a response to Plaintiff's claim by the United States Postal Service of the USA expired on August 24, 2016 with no response from the United States Postal Service of the USA.

6. On April 28, 2015 an employee of the United States Postal Service, Orlando Rivera, acting within the course and scope of his employment with the United States Postal Service was driving an automobile owned by the United States Postal Service of the USA.

7. On such a date and time, Orlando Rivera, driving said vehicle owned by the United States Postal Service of the USA failed to stop when pulling out from a parking lot onto Salerno Road SE in Stuart, Martin County, Florida.

8. On such date, Plaintiff, SCOTT HOLLE, owned and was operating a 2003 Chevrolet pickup truck and was traveling easttbound on Salerno Road SE in Stuart, Martin County, Florida.

9. On such date and time USA employee Orlando Rivera, after failing to stop his vehicle before pulling out from a parking lot onto Salerno Road SE in Stuart, Martin County, Florida, struck the front and right side of the Plaintiff's vehicle causing significant damage to the Plaintiff's vehicle.

10. Following the accident the Plaintiff, SCOTT HOLLE, began to be treated by a physician and to undergo physical therapy. He also experienced significant pain and suffering as well as lost time from work.

11. Although his condition improved following the February 18, 2016 submission of his claim for personal injuries to the United States Postal Service of the USA, he began to experience significant further pain and suffering and worsening of his permanent injury to his head, neck, back, hip and leg sustained as a result of the April 28, 2015 automobile accident with the employee of the USA.

12. Plaintiff has sustained further pain and suffering following the February 18 2016 submission of his claim to the United States Postal Service of the USA and to undergo further treatment for this further pain and suffering.

## COUNT I

13. Plaintiff adopts by reference the allegations set forth in 1 through 11 above.

14. At all times material to this action, Orlando Rivera, owed a duty to Plaintiff, SCOTT HOLLE, and other members of the general public similarly situated to use reasonable care in the operation, driving of vehicles operated by employees of the USA.

15. On April 28, 2015, around 2:03 p.m., Orlando Rivera, and by virtue of his employment with defendant, UNITED STATES OF AMERICA, breached the aforementioned duties in one or more, but not limited to the following respects:

   a. Carelessly and negligently operating a vehicle owned by the United States Postal Service;

   b. Carelessly and negligently driving an automobile owned by the United States Postal Service and operated by an employee of Defendant UNITED STATES OF AMERICA; and

   c. Failing to exercise reasonable care under all the relevant surrounding circumstances.

16. That as a direct and proximate result of the negligence of the Defendant, UNITED STATES OF AMERICA, by and through its employee, Orlando Rivera, Plaintiff, SCOTT HOLLE, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of earnings, and loss of ability to earn money, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a pre-existing condition. The losses are either permanent or continuing in nature, and Plaintiff will suffer the losses in the future.

17. Defendant, UNITED STATES OF AMERICA, is liable and responsible for the acts of Orlando Rivera and is therefore liable to Plaintiff, SCOTT HOLLE, for all the damages sustained by SCOTT HOLLE as a result of the April 28, 2015 accident.

WHEREFORE, Plaintiff, SCOTT HOLLE, has a judgment against the Defendant UNITED STATES OF AMERICA as follows:

    a. Damages in the amount of $5,010,000.00;

    b. Plaintiff's costs in bringing this action;

    c. Such other and further relief as the Court may deem just and proper.

Dated this __14th__ day of September, 2016.

SCHULER, HALVORSON, WEISSER,
ZOELLER & OVERBECK, P.A.
Barristers Building, Suite 4-D
1616 Forum Place
West Palm Beach, FL 33401
Telephone: (561) 689-8180
Facsimile: (561) 684-9683
Attorneys for Plaintiff

By: /s/ Richard D. Schuler
Richard D. Schuler
Florida Bar No.: 158226
Email-1:    rschuler@shw-law.com
Email-2:    jdever@shw-law.com
Email-3:    cpassman@shw-law.com

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: TORT CLAIMS COORDINATOR UNITED STATES POSTAL SERVICE P.O. BOX 520007 MIAMI FL 33152-0007 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) SCOTT HOLLE 1157 NW 14th TERR. STUART, FL 34994 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 07-24-62 | 5. MARITAL STATUS M | 6. DATE AND DAY OF ACCIDENT 04-28-15 | 7. TIME (A.M. OR P.M.) 2:03 PM |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

A USPS TRUCK FAILED TO STOP BEFORE ENTERING ROADWAY AND STRUCK THE RIGHT FRONT AND SIDE OF MY VEHICLE. THE USPS TRUCK WAS EXITING A PLAZA AND I WAS TRAVELING EAST ON SALERNO RD IN STUART, FL WHEN THE COLLISION OCCURRED. THE IMPACT CAUSED THE INJURIES LISTED BELOW

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.) 2003 CHEVY S10 4X2 EXT — *REPAIR ESTIMATES ATTACHED DAMAGE TO FRONT AND RIGHT SIDE

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

POSTERIOR LUMBAR DISC DISRUPTION AT L3-4, L4-5 & L5-S1
POSTERIOR LUMBAR INTERBODY FUSION AT L5-S1

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| | |

12. (See instructions on reverse) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $10,000 - | $5,000,000 - | N/A | $5,010,000 - |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| [signature] | 772-634-1048 | 2-18-16 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable. NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 




EXHIBIT A

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

Complete all items - Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch  
Civil Division  
U.S. Department of Justice  
Washington, DC 20530

and to the  
Office of Management and Budget  
Paperwork Reduction Project (1105-0008)  
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☒ Yes, if yes give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number. ☐ No

PROGRESSIVE INSURANCE CO.  
901 N LAKE DESTINY DR #200  
MAITLAND, FL 32751  

POLICY #: 44257575

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? YES

17. If deductible, state amount  $1,000 -

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (It is necessary that you ascertain these facts)

PROGRESSIVE INSURANCE HAS PAID $10,000 IN AVAILABLE P.I.P. BENEFITS.

19. Do you carry public liability and property damage insurance? ☐ Yes, if yes, give name and address of insurance carrier (Number, street, city, State, and Zip Code) ☒ No

SF 95 (Rev. 7-85) BACK